IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTA D. CLEM, JOHN O'SULLIVAN,

    Plaintiffs,

vs.

TODD RIEBE, an individual, MELINDA AIELLO, an individual, AMADOR COUNTY DISTRICT ATTORNEY'S OFFICE, a public entity, political subdivision of the COUNTY OF AMADOR, et al.,

    Defendants.

/

No. CIV S-08-0013 FCD EFB PS

ORDER TO SHOW CAUSE

This case is before the undersigned pursuant to Local Rule 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1). Plaintiffs initiated this action by filing a complaint and paying the filing fee on January 2, 2008. On that same date, the court issued its initial scheduling order. That order directed plaintiffs to complete service of process within 120 days, *see* Fed. R. Civ. P. 4(m), and set a status conference for May 14, 2008. The order further directed the parties to file status reports by no later than fourteen days prior to the status conference. It further cautioned the parties that failure to obey the federal or local rules or orders of the court could result in sanctions, including a recommendation that the case be dismissed.

////

1

1    The court vacated the May 14, 2008, status conference upon reviewing the file and
2 finding that plaintiffs failed to file status reports pursuant to the order.  The file further reveals
3 that plaintiffs have failed to effect service of process on defendants.
4    Accordingly, the court orders plaintiffs to show cause in writing within twenty days from
5 the date of service of this order why this case should not be dismissed for failure to timely effect
6 service of process and failure to follow court orders.  Fed. R. Civ. P. 4(m); Local Rule 11-110.
7    SO ORDERED.
8 DATED:  June 30, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2