IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTA D. CLEM,
JOHN O'SULLIVAN,

        Plaintiffs,        No. CIV S-08-0013 FCD EFB PS

   vs.

TODD RIEBE, et al.,

        Defendants.

ORDER

/

Pursuant to E. D. Cal. L. R. ("Local Rule") 78-230(g), plaintiffs and defendants County of El Dorado, Vern Pierson and Trish Kelliher, have timely filed a stipulation seeking continuance of the hearing on defendants' motion to dismiss, presently scheduled for April 22, 2009, to May 13, 2009. *See* Dckt. Nos. 25, 15. Also pending for hearing on April 22, 2009, is a motion to dismiss filed by defendants County of Amador, Todd Riebe, Melinda Aiello and John Vail. *See* Dckt. No. 17. These two motions address common matters and should be presented at the same time. Local Rule 78-230(e).

Accordingly, good cause having been shown, the hearings on both pending motions to dismiss, Dckt. Nos. 15 and 17, are hereby rescheduled to May 13, 2009, at 10:00 a.m., in Courtroom No. 25.

DATED: April 14, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE