IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTA D. CLEM,
JOHN O'SULLIVAN,

        Plaintiffs,                          No. CIV S-08-0013 FCD EFB PS

    vs.

TODD RIEBE, et al.,

        Defendants.             ORDER
_____/

        On February 3, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed February 3, 2010, are ADOPTED;

2. The El Dorado County defendants' motion to dismiss, Dckt. No. 15, is granted, and El Dorado County, El Dorado County District Attorney's Office, Vern Pierson and Trish Kelliher are dismissed with prejudice from this case.

3. The Amador County defendants' motion to dismiss, Dckt No. 17, is granted, and Amador County District Attorney's Office, Amador County Animal Control, Todd Riebe and Melinda Aiello are dismissed from this case with prejudice. The remaining defendants, John Vail and County of Amador, are dismissed without prejudice.

4. Plaintiffs are granted leave to amend the complaint one final time as to the claims discussed in the magistrate judge's findings and recommendations. Plaintiffs are directed that if they file an amended complaint it may be no longer than twenty-five pages and are further directed that they should not rely on exhibits to state claims and the amended complaint must be submitted within sixty days of this order. Plaintiffs are further admonished that failure to file an amended complaint will result in a recommendation by the magistrate judge that this action be dismissed.

5. Within twenty-one days of this order, plaintiff Clem is required to file the proper notice pursuant to Rule 25(a)(1) for a potential nonparty successor.

6. Plaintiff Clem's motion for appointment of counsel, Dckt. No. 44, is denied without prejudice.

7. Defendant Beth Dicaprio is dismissed pursuant to Rule 4(m).

DATED: March 19, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE