1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KRISTA D. CLEM,
     JOHN O'SULLIVAN,
11
                Plaintiffs,                          No. CIV S-08-0013 FCD EFB PS
12
          vs.
13
     TODD RIEBE, et al.,
14
                Defendants.                          ORDER
15   _____/

16             On July 8, 2010, the magistrate judge filed findings and recommendations herein

17   which were served on the parties and which contained notice that any objections to the findings

18   and recommendations were to be filed within fourteen days.  No objections were filed.

19              Accordingly, the court presumes any findings of fact are correct.  See Orland v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23             The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

25   \\\\\

26   \\\\\

                                                   1

1    Accordingly, IT IS ORDERED that:

2    1.  The proposed Findings and Recommendations filed July 8, 2010, are

3    ADOPTED;

4    2.  Defendants' motion to dismiss for failure to prosecute, Dckt. No. 48, is

5    granted;

6    3.  This action is dismissed pursuant to Federal Rule of Civil Procedure 41(b),

7    based on plaintiffs' failure to prosecute this action; and

8    4.  The Clerk is directed to close the case.

9    DATED: August 20, 2010.

10

11    _____

12    FRANK C. DAMRELL, JR.
       UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26